## Continuation of Criminal Complaint

1.    I, John Arthur Alpers, am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI).  I have been so employed by HSI, and HSI Legacy Agencies (i.e., U.S. Customs Service and Immigration and Customs Enforcement), as a Special Agent and Criminal Investigator since June 1988.  I am currently assigned to the HSI office located in Sault Ste. Marie, Michigan.  As an HSI Special Agent, I am responsible for the investigation of both criminal and administrative violations of the customs and immigration laws of the United States.  During my tenure with HSI, I have been involved in more than 150 federal criminal investigations resulting in more than 200 federal arrests.

2.    The information in this affidavit is based on my personal knowledge and information provided to me by other individuals.  This affidavit is provided for the limited purpose of demonstrating probable cause to support the issuance of a Criminal Complaint charging Oscar OCHOA (a/k/a Armando CASTRO) with:

    a.    a violation of 18 U.S.C. § 1546(a)(1) (knowingly using a document, which is prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing that the document is forged, counterfeited, or falsely made, or to have been otherwise procured by fraud), and

b.    a violation of 18 U.S.C. §§ 1028(a)(7) and 2(a) (aided and abetted the transfer of a means of identification of another person in order to aid and abet, or in connection with unlawful activity that constitutes a violation of Federal law).

3.    On May 21, 2015, in compliance with a Notice of Inspection Letter, Johnson Farms of Daggett, Michigan, (which is located in Menominee County, in the Western District of Michigan, Northern Division) provided me with their Employment Eligibility Verification Forms (Form I-9). Upon review of these I-9 Forms, I discovered that several Johnson Farm employees were illegally present in the United States and had falsely claimed to be U.S. Citizens on their I-9 Forms. In support of their false claim of U.S. Citizenship and employment eligibility, these employees provided fraudulent Wisconsin Department of Motor Vehicles Identification (WID) cards and fraudulent U.S. Social Security Account Numbered (SSAN) cards.

4.    On May 26, 2015, I conducted an interview of an HSI Cooperating Source of Information (CSI). The CSI stated that an individual whom he/she knew as Oscar OCHOA of Daggett, Michigan, was the individual who allegedly provided some of the Johnson Farms employees with their counterfeit WID and SSAN cards. According to the CSI, those seeking counterfeit WID and SSAN cards would normally first provide a photograph of themselves to OCHOA via phone text messaging. OCHOA would then forward the photograph, via text messaging, to a counterfeit document vendor located in Green Bay, Wisconsin. The Green Bay-based vendor then presumably manufactured the counterfeit documents. The CSI

reported that OCHOA would then travel to Green Bay to pick-up the counterfeit documents and would transfer the counterfeit documents to the requesting, unauthorized employees in Michigan.

5.     During the interview with the CSI on May 26, 2015, he/she provided me with a phone number utilized by OCHOA to receive phone calls and the texted photographs.  This phone number was (920)562-9582.

6.     On May 29, 2015, the CSI agreed to assist HSI with conducting a controlled purchase of counterfeit documents.  In an effort to facilitate the request, I electronically forwarded the CSI, via phone text messaging, a passport-type photograph of a male subject whom I tagged with the assumed name of "Juan Diaz." I instructed the CSI to forward the photograph of Juan Diaz to OCHOA, and then advise OCHOA that Juan Diaz wished to obtain identity documents.

7.     The CSI advised that, on June 1, 2015, OCHOA requested the CSI to contact the vendor in Green Bay directly to further facilitate the purchase of the counterfeit documents.  OCHOA provided the CSI with the phone number for the alleged vendor in Green Bay, Wisconsin.  The phone number OCHOA provided was (920)371-7037.  OCHOA further informed the CSI that he had already contacted the vendor in Green Bay and electronically forwarded the photo of Juan Diaz to the vendor.

8.     I subsequently determined that phone number (920)371-7037 is associated to an individual identified as Luis ALVARADO of Green Bay, Wisconsin.  In addition, upon acquiring the telephone toll records for (920)371-7037, I was able to

corroborate that on June 1, 2015, a pattern of calls occurred between ALVARADO's phone number of (920)371-7037 and OCHOA's phone number of (920)562-9582.

9.    On June 3, 2015, through an undercover operation monitored by HSI, the CSI successfully purchased counterfeit WID and SSAN cards directly from Luis ALVARADO in Green Bay, Wisconsin.  Review of the WID card revealed that it contained the name Juan Diaz and was affixed with the same photograph that I had originally requested the CSI forward to OCHOA on June 1, 2015 (and presumably the same photo that OCHOA had texted to ALVARADO).  I sent the WID and SSAN cards obtained by the CSI to the HSI forensics laboratory in McLean, Virginia.  A documents analyst examined these documents.  The analyst concluded that both of these documents are counterfeit.

10.    On June 11, 2015, through the assistance of the CSI, I identified and retrieved a Facebook photograph of the individual whom the CSI knew as Oscar OCHOA.  According to the CSI, Oscar OCHOA is a citizen of Honduras and is illegally present in the United States.

11.    On September 2, 2015, I provided Mr. Lance Johnson, the owner of Eastview Farms, Daggett, Michigan, with a the Facebook photograph of the individual who the CSI identified as Oscar OCHOA.  Mr. Johnson confirmed that OCHOA is currently employed as Eastview Farms.  Upon requesting and receiving OCHOA's Form I-9 from Eastview Farms, I discovered that individual identified as Oscar OCHOA had completed an I-9 Form on March 10, 2015, utilizing the name Armando CASTRO, [known address] County Road 358, Daggett, Michigan.

Moreover, "Armando CASTRO" claimed to be a U.S. Citizen on the I-9 Form he had submitted, and had provided a WID card to support this particular claim. I verified through the Wisconsin Department of Motor Vehicles, Fraud Department that the WID card that OCHOA had provided on his I-9 Form was counterfeit; specifically the number on the WID card was determined to be a fraudulent number. WID cards are documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States. When completing a Form I-9, an employee must either present a List A document (documents showing both identity and employment authorization, such as a U.S. Resident Alien Card), or a List B document (such as a state identification card with photograph) AND a List C document (documents such as a SSAN card).

13.    Based upon the aforementioned facts, I respectfully submit that there is probable cause to believe that Oscar OCHOA (a/k/a Armando CASTRO) is illegally present in the United States and has knowingly used a document (a WID card), which is prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing that this document was forged, counterfeited, or falsely made, or to have been otherwise procured by fraud, in violation of 18 U.S.C. § 1546(a)(1). Moreover, there is probable cause to believe that Oscar OCHOA (a/k/a Armando CASTRO) aided and abetted the transfer of a means of identification of another person in order to aid and abet, or in connection with unlawful activity that constitutes a violation of Federal law, in violation of 18 U.S.C. §§ 1028(a)(7) and 2(a).