AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Michigan

**FILED - MQ**
eptember 3. 2015 11:32 Al

CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America<br>v.<br><br>OSCAR OCHOA,<br>a/k/a ARMANDO CASTRO<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   **2:15-mj-22**<br><br>Hon. Timothy P. Greeley<br>U.S. Magistrate Judge |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 1, 2015 _____ in the county of _____ Menominee _____ in the

____ Western ____ District of ____ Michigan ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| (1) 18 U.S.C. §§ 1028(a)(7) and 2 (a), and | (1) aided and abetted the transfer of a means of identification of another person in order to aid and abet, or in connection with unlawful activity that constitutes a violation of Federal law, and |
| (2) 18 U.S.C. § 1546(a)(1) | (2) knowingly used a document (a WID card), which is prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing that this document was forged, counterfeited, or falsely made, or to have been otherwise procured by fraud. |

This criminal complaint is based on these facts:


☑ Continued on the attached sheet.

/s/ _____
*Complainant's signature*

JOHN ALPERS, SPECIAL AGENT, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9/3/2015

_____
*Judge's signature*

City and state:    Marquette, Michigan

Timothy P. Greeley, U.S. Magistrate Judge
*Printed name and title*